HALPERN LAW GROUP
**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
62910 OB Riley Rd., Ste. 100
Bend, OR  97703
Voice: (541) 388-8410
Fax: (541) 323-2306
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JANET DIANE MARTIN,** | Case No. 6:21-cv-00725-AR |
| Plaintiff, | |
| vs. | |
| **COMMISSIONER,** **SOCIAL SECURITY ADMINISTRATION** | ORDER - EQUAL ACCESS TO JUSTICE ACT AWARD OF FEES |
| Defendant. | |

Attorney fees in the amount of $5,249.74 are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Ari Halpern's address: 62910 O.B. Riley Rd, Suite 100, Bend, OR 97703.  In accordance with the fee

assignment which Plaintiff has signed, payment shall be made in Ari Halpern's name if no debt subject to offset exists.

DATED this 27th day of June, 2023.

_____
United States Magistrate Judge

Submitted on June 15, 2023
s/ Ari D. Halpern
ARI D. HALPERN, OSB # 045230
Voice: (541) 388-8410
Fax: (541) 323-2306
ari@halpernlawgroup.net
Attorney for Plaintiff

## Time Records for Representation Before the Federal Court
## Janet Diane Martin v. SSA, Case No. 6:21-cv-00725-AR

### Ari Halpern - Time Records for Representation Before the Federal Court:

| Date | Description | Hours |
|---|---|---|
| 4/30/21 | Review File | 0.20 |
| 4/30/21 | Prepare Administrative documents to co-counsel for assessment of federal court appeal | 0.20 |
| 5/7/21 | Correspondence with co-counsel re: federal court appeal | 0.10 |
| 5/10/21 | Phone call to client re: federal court representation | 0.20 |
| 5/11/21 | Review file; Draft Complaint and related documents | 0.30 |
| 5/11/21 | Initiate federal court case | 0.30 |
| 5/11/21 | Edit IFP Application | 0.10 |
| 5/11/21 | Prepare SSN Letter to AUSA | 0.10 |
| 5/11/21 | Drafted Consent to Magistrate | 0.10 |
| 5/14/21 | Review Procedural Order | 0.10 |
| 5/14/21 | Review Notice of Judicial Reassignment | 0.10 |
| 5/16/21 | Review IFP Order | 0.10 |
| 6/3/21 | Email to federal court clerk re: issuance of summons | 0.10 |
| 6/3/21 | Review "issued" summons | 0.10 |
| 6/3/21 | Prepare service documents to government | 0.20 |
| 6/17/21 | Review service returns for US Atty, SSA-OGC, DOJ-USAG | 0.10 |
| 6/18/21 | Draft Proof of Service filing | 0.20 |
| 9/29/21 | Review OGC Notice of Appearance | 0.10 |
| 10/8/21 | Review Defendant's Answer | 0.10 |
| 10/8/21 | Initial/cursory review of Federal Transcript | 0.10 |
| 10/13/21 | Phone call with client | 0.10 |
| 12/7/21 | Final review/edit of Plaintiff's Opening Brief | 1.0 |
| 12/7/21 | Correspondence with client re: Opening Brief | 0.10 |
| 2/7/22 | Initial review of Defendant's Brief | 0.20 |

EXHIBIT 1 – MOTION FOR EAJA FEES - Page 1 of 3

| Date | Description | Hours |
|---|---|---|
| 2/22/22 | Final review/edit of Plaintiff's Reply Brief | 0.70 |
| 2/22/22 | Correspondence with client re: Reply Brief | 0.10 |
| 12/22/22 | Review FDC Opinion and Order | 0.70 |
| 12/22/22 | Review FDC Judgment | 0.10 |
| 12/22/22 | Phone call to client | 0.10 |
| 12/30/22 | Reviewed OGC Attorney Substitution | 0.10 |
| 1/3/23 | Phone call to client re: FDC Opinion/Order/Judgment | 0.20 |
| 2/9/23 | Review proposed Rule 60 motion from OGC | 0.20 |
| 2/9/23 | Research re: Rule 60 Motion from OGC | 0.50 |
| 2/13/23 | Correspondence OGC re: Rule 60 Motion | 0.10 |
| 2/13/23 | Review OGC Rule 60 Motion | 0.10 |
| 2/16/23 | Correspondence co-counsel re: OGC Rule 60 Motion | 0.10 |
| 2/20/23 | Final review/edit Response Brief Rule 60 Motion | 0.50 |
| 6/13/23 | Review file and draft EAJA documents and time and billing declaration | 1.0 |

**Total Attorney Time Expended by Ari Halpern: 8.8 hours**

**Total Attorney Time Expended by Betsy Shepherd: 14.3 hours**

**Total Attorney Time Expended: 23.1 hours**

Mr. Halpern's fee is calculated as follows:

    2021: $217.54 x 4.1 hours = $891.91

    2022: $234.95 x 2.0 hours = $469.90

    2023: $234.95 x 2.7 hours = $634.36

Ms. Shepherd's fee is calculated as follows:

    2021: $217.54 x 6.1 hours = $1326.99

    2022: $234.95 x 2.1 hours = $493.39

    2023: $234.95 x 6.1 hours = $1433.19

**Total Fee:** $5,249.74

EXHIBIT 1 – MOTION FOR EAJA FEES - Page 2 of 3

Betsy Shepherd, Attorney

Martin v. Commissioner of Social Security; 6:21-cv-00725-AR

Contemporaneous Time Record of Legal Services

| DATE | NATURE OF LEGAL SERVICES | TIME |
|---|---|---|
| 12/6/21 | Reviewing Plaintiff's File, Outlining Plaintiff's Opening Brief | 2.3 hours |
| 12/7/21 | Drafting Plaintiff's Statement of Facts | 1.2 hours |
|  | Drafting Plaintiff's Arguments, Legal research | 2.6 hours |
| 2/21/22 | Drafting Plaintiff's Reply Brief | 2.1 hours |
| 2/13/23 | Drafting email to opposing counsel re: proposed Rule 60 Motion, Legal Research | 1.1 hours |
| 2/16/23 | Drafting Plaintiff's Response to the Commissioner's Rule 60 Motion | 3.9 hours |
| 2/20/23 | Drafting Plaintiff's Response to the Commissioner's Rule 60 Motion | 1.1 hours |
|  | TOTAL TIME EXPENDED | 14.3 hours |

EXHIBIT 1 – MOTION FOR EAJA FEES - Page 3 of 3

**NOTE: THIS PAGE MUST BE NOTARIZED.**
Do not sign this page before taking it to a notary.

## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I, the undersigned disability claimant, do hereby make, constitute and appoint Ari Halpern my true and lawful Attorney, for me and in my name, place and stead and for my use and benefit to:

1) Contact the Financial Management Service of the Department of the Treasury to inquire about the existence, nature, and amount of any federally-offsettable debt. If any federally-offsettable debt is found to exist, then I agree that Ari Halpern may immediately cancel the Social Security Employment Agreement contract, withdraw from my case, and decline to represent me in any legal capacity.

2) Endorse all checks made out to me regarding any settlement fees, costs, or expenses pursuant to the Equal Access To Justice Act (EAJA) or any other law in the matter of my claim against the Commissioner of Social Security.

3) Apply to the government and/or court to have any EAJA awards and/or EAJA settlement checks made payable directly to Ari Halpern and sent directly to Ari Halpern's address. All EAJA fees and costs are assigned to Ari Halpern.

4) Use my full Social Security Number on all documents related to my claim, no matter to whom delivered, faxed, electronically sent, or mailed.

I hereby grant to my attorney full power and authority to perform the above actions as well as additional actions which may be necessary in order to accomplish the above actions, as fully, to all intents and purposes, as I might or could do if personally present, hereby ratifying and confirming all that my attorney shall lawfully do or cause to be done, by virtue hereof. In construing this instrument and where the context so requires, the singular includes the plural.

Dated this 13 [day] of May [month], 2021.

Signature: _____
Printed Name: Janet Martin

State of Oregon, County of Deschutes ) ss.

Personally appeared before me the above named person, and acknowledged the foregoing instrument to be his/her voluntary act and deed.

OFFICIAL STAMP
KRISTINA M RICE
NOTARY PUBLIC-OREGON
COMMISSION NO. 971329
MY COMMISSION EXPIRES FEBRUARY 15, 2022

Before (Name of Notary): Kristina M. Rice
Notary Public of (State): Oregon
My commission expires (date): 02/15/2022

EXHIBIT 2 - MOTION FOR EAJA FEES